**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KATHLEEN SCHURLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case 07-4081-JAR |
| | ) |
| COLD STONE CREAMERY, INC. et al, | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the court upon plaintiff's Motion to Withdraw Plaintiff's Exhibits (Doc. 26).  The court finds further briefing on this issue unnecessary and is prepared to rule.

Plaintiff seeks to withdraw exhibits attached to her Witness and Exhibit List (Doc. 18) because they contain personal information which "could harm the Plaintiff if they become public." The court has reviewed the exhibits attached to plaintiff's Witness and Exhibit List and agrees with plaintiff that they contain personal information regarding plaintiff and other potential witnesses.

Accordingly, and for good cause shown,

IT IS THEREFORE ORDERED that plaintiff's Motion to Withdraw Plaintiff's Exhibits (Doc. 26) is granted.  The clerk's office is directed to withdraw the exhibits attached to plaintiff's Witness and Exhibit List (Doc. 18).

IT IS SO ORDERED.

Dated this 20th day of August, 2007, at Topeka, Kansas.

   s/ K. Gary Sebelius
K. GARY SEBELIUS
United States Magistrate Judge